NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DALE T. SUNDBAKKEN,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-1782

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4071, Judge Joseph L. Falvey Jr.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

EVAN WISSER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, MARTIN F. HOCKEY, JR; BRIAN D. GRIFFIN, DEREK SCADDEN, Office of General

Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and PROST, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2022          /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court